422 A.2d 1168

Townsend, Appellant, v. Long.

Argued June 6, 1979. Emory Buck, for appellant; William M. Power, submitted a brief on behalf of appellees.

* President Judge Francis J. Catania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

Before PRICE, GATES and DOWLING, JJ.*

Order affirmed.